**NOT FOR PUBLICATION**

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

|  |  |
|---|---|
| Ronald Ellerman, : |  |
| : | Civil Action No. 15-476(RMB) |
| Plaintiff, : |  |
| : |  |
| v. : | **MEMORANDUM AND ORDER** |
| : |  |
| William Briglia, D.O., : |  |
| Donna Caudill, R.N., : |  |
| State Corr. Officer Rielly, : |  |
| and Gordon Presley, Psy.D. : |  |
| : |  |
| Defendants. : |  |

**BUMB**, District Judge:

    This matter comes before the Court upon Plaintiff's payment of the initial partial filing fee. The Clerk of Court will be directed to reopen this matter, and the defendants will be given a deadline to answer the Amended Complaint. (ECF No. 3.)

    IT IS on this **25th** day of **August** **2015**,

    **ORDERED** that the Clerk of Court reopen this matter; and it is further

    **ORDERED** that Defendants Briglia, Caudill, Rielly and Presley shall have 21 days from the date of entry of this Order to serve an answer to the Amended Complaint; and it is further

1

**ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff by regular U.S. Mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**
